[No. 18337-4-II.    Division Two.    June 7, 1996.]

RANDY P. ANDERSON, ET AL., *Appellants*, v. TIME OIL COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-01878-4, Thomas L. Lodge, J., entered June 17, 1994. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 18550-4-II.    Division Two.    June 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. NEUROTH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-1-00521-6, Wm. Thomas McPhee, J. entered August 10, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18734-5-II.    Division Two.    June 7, 1996.]

RETTA SUNDBLAD, ET AL., *Appellants*, v. DANIEL L. BRUCE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-11249-9, Terry D. Sebring, J., entered September 15, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 19104-1-II.    Division Two.    June 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. SHERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00045-1, Toni A. Sheldon, J., entered January 26, 1995. *Reversed* by unpublished per curiam opinion.